IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-50892
Conference Calendar

_____


ARTHUR JAMES DAVIS,

                                        Plaintiff-Appellant,

versus

G.J. SUTTON ET AL.,

                                        Defendants,

G.J. SUTTON; SUTTON & SUTTON
MORTUARY, INC.; R.D. WOODARD;
ADA MAE GODLEY,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. SA-96-CV-1314
- - - - - - - - - -
October 21, 1998

Before POLITZ, Chief Judge, and WIENER and DENNIS, Circuit Judges.

PER CURIAM:*

    Arthur James Davis, Texas state prisoner #477350, appeals from
the district court's dismissal of his civil rights complaint pursuant
to 42 U.S.C. § 1983.  He argues that the defendants conspired to
deprive him of the proceeds of his mother's life insurance policy.
We have reviewed the record and find no reversible error.

_____

    * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Davis's motion to alter the district court's judgment assessing a $.75 partial filing fee is DENIED.

This appeal is frivolous. It is DISMISSED. <u>See</u> 5TH CIR. R. 42.2.